# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

19-9709

SECT.MMAG.2

Jason Jarrell Spikes
v.
Judge William J. Knight

Case No.

Petition For A Writ Of Habeas Corpus Under 28 U.S.C § 2241

1. Jason Jarrell Spikes
Jason Jarrell Hughes

2. Elayn Hunt Correctional Center
P.O. Box 174 St. Gabriel, LA 70776
537025

3. State authorities

4. Serving a sentence incarceration after having been convicted of a crime
22nd District Courtroom Franklinton, Louisiana
17 CRG-129868
June 26, 2017

5. Detainer
other: I've been fighting a possesion with intent to distribute cocaine for four years and a half with him being a judge over this ~~four~~ two. Instead of him dismissing this charge they been trying to get me

TENDERED FOR FILING
APR 18 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

to plead out. Also, on June 3rd, 2017 I came back to the parish on a 701-no bond obligation. Judge Knight put a hold on me for 3 weeks with out a bond and then a few days before my habitual-hearing trail he gave me a $80,000 bond.

6. 22nd District Courtroom Franklinton, LA.
14CR8-126847
Rights of accused in criminal prosecutions

7. I didn't file

8. I didn't file

9. I didn't file

10. I didn't file

11. I didn't file

12. I didn't file

13. Grand One
My 6th, 8th and 14th Amendment is being broken
I'm fighting a possesion with intent to distribute cocaine. Really it's a possesion of cocaine because it's under 3 grams. Also, it supposed to be dismiss because under the La. Code of Procedure the longest you could fight these charges is three years incarcerated. I've been fighting them for four and a half. Under him being my judge over a year in a half longer then Statue of limitations.!

No, I didn't Appeal

Ground Two

My 6th, 8th, and 14th Amendment was broken.
On June 3rd 2017, I was sent back to the parish on a 701-no-bond obligation, Judge William J. Knight put a hold on me for three weeks without a bond. Then gave me a $80,000 bond three days before my habitual-hearing trail.
No, I didn't Appeal

14. No I didn't Appeal anything. The court won't answer my motions

15. Squash my pending charges. Also, Civil, Criminal, and Administrative liabilities

4

Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 4-1-19

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct, I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

4-1-19

Jason Sparks

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Jason Jarrell Spikes
vs.
Judge William J. Knight

Civil Action
No.
Section " " Mag " "

Pleadings

Tittle 42 of U.S. Code Section 1983 - Civil Action for Deprivation of Civil Rights

Tittle 42 of U.S. Code Section 1985 - Conspiracy to Interfere with Civil Rights

Tittle 42 of U.S. Code Section 1981 - Equal Rights under the Law.

Tittle 18 of U.S. Code Section 242 - Criminal Liability for Deprivation of Civil Rights

Tittle 18 of U.S. Code Section 241 - Criminal Liability for Conspiracy to Deprive a Person of Rights

Tittle 18 of U.S. Code Section 245 - Violation of Federally Protected Activities

Infliction or Mental or Emotional Distress

TENDERED FOR FILING
APR 18 2019
U.S. DISTRICT COURT
Eastern District of Louisiana

Ethnic Violation

The Brady Rule on Disclosure of Evidence to the Accused

The Right To A Fair And Impartial Trial

4-1-19

Jason Spikes

Certificate of Service

I hereby certify that I have served a copy of this document on all counsel for record either in person or by mailing it postage prepared on this 1st day of April, 2019

Jason Spikes

Clerk of Court,

I'm writing the court. I don't know how many copies is needed. If you need more than these one copies. You can make copies, and ~~send~~ take it out of the application to proceed in pauper status. Also, these cases consolidates with

Jason Jarrell Spikes vs 22nd District Courtroom — Civil Action No. 19-2500 Section "M" Mag (2)

Jason Jarrell Spikes
537025
Elayn Hunt Corr. Center
P.O. Box 174
St. Gabriel, LA 70776

U.S. POSTAGE PITNEY BOWES
ZIP 70776 $ 001.45⁰
02 4W
0000351506 APR. 12 2019

United States District Court
Eastern District Of Louisiana
500 Poydras St
New Orleans, LA 70130

Baton Rouge PNDC 708
12 APR 2019 PM

protection
powder
INVISIBLE SOLID
Suave
24 HOUR

Jason Jarrell Spikes
Elayn Hunt Corr. Center
6925 Highway 74
St. Gabriel, LA. 70776

BAT 15 APR

USA FOREVER

United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA. 70130

70130333T3 C025

PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER