UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON JARRELL SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9709** |
| **WILLIAM J. KNIGHT** | **SECTION: M (2)** |

## JUDGMENT

Pursuant to the Court's order, R. Doc. 8,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is hereby DISMISSED without prejudice for plaintiff's failure to prosecute and failure to adhere to the Court's order.

New Orleans, Louisiana, the 19th day of July 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE